IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

<u>This order pertains to:</u>

Mary J Trevino, Ron Antosko and James E Chadden, Sr v AT&T Corp and AT&T Inc, C 06-5268

_____/

      Plaintiffs herein have submitted a request for voluntary dismissal without prejudice of their claims against defendants AT&T Corp and AT&T Inc on the ground that they "no longer desire to prosecute their suit, as filed, against defendants." MDL Doc #518.

      Good cause appearing, the motion for voluntary dismissal is GRANTED under the authority of FRCP 41(a)(2).

      IT IS SO ORDERED.

/s/ Vaughn Walker
_____
VAUGHN R WALKER
United States District Chief Judge